# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0163
LT Case No. 2023-CF-005128-A
_____

MAKHI MARQUEZ BLUE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Charlie Cofer, Public Defender, and Lisa Haskins Carter,
Assistant Public Defender, Jacksonville, for Petitioner.

No Appearance for Respondent.

February 2, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 13, 2023 judgment and sentence rendered in Case No. 2023-CF-005128-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

HARRIS, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____